People v Costa (2024 NY Slip Op 06618)

People v Costa

2024 NY Slip Op 06618

Decided on December 24, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 24, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
WILLIAM G. FORD
JANICE A. TAYLOR
LAURENCE L. LOVE, JJ.

2018-04106

[*1]The People of the State of New York, respondent,
v
Ponciano Costa, appellant. (S.C.I. No. 9428/17)

Twyla Carter, New York, NY (Whitney Elliott of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Melissa Owen, and Simcha Engelen of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marguerite Dougherty, J.), rendered January 2, 2018, convicting him of unauthorized use of a vehicle in the third degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant's contention that the mandatory surcharges and fees imposed at sentencing should be vacated and, in effect, waived as an improperly added component to the plea agreement is unpreserved for appellate review (see People v Ruz, 70 NY2d 942, 943; People v Mejia, 195 AD3d 1043, 1044; People v Garcia-Collado, 151 AD3d 982) and, in any event, without merit (see People v Guerrero, 12 NY3d 45, 47; People v Paterno, 203 AD3d 848, 849).
BRATHWAITE NELSON, J.P., FORD, TAYLOR and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court